UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
JAMROZ, STELLA                      §      Case No. 11-15835
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Kenneth Gardner
          U.S. Bankruptcy Court Clerk
          219 South Dearborn Street- 7th Floor
          Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/22/2011 in Courtroom 742,
          United States Courthouse
          219 South Dearborn Street
          Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: Kenneth S. Gardner_____
                                             Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JAMROZ, STELLA § Case No. 11-15835
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,025.44 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 24,025.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 3,152.54 | $ 0.00 | $ 3,152.54 |
| Trustee Expenses: Phillip D. Levey | $ 20.67 | $ 0.00 | $ 20.67 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,755.00 | $ 0.00 | $ 1,755.00 |

Total to be paid for chapter 7 administrative expenses    $    4,928.21
Remaining Balance    $    19,097.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,257.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 54.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 4,706.88 | $ 0.00 | $ 2,549.49 |
| 000002 | FIA Card Services, N.A.<br>Bank of America, N.A. (USA)<br>MBNA America Bank, N.A.<br>P.O. Box 15102<br>Wilmington, DE 19886-5102 | $ 3,646.63 | $ 0.00 | $ 1,975.21 |
| 000003 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 2,689.87 | $ 0.00 | $ 1,456.98 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | World Financial Network National Bank Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | $ 2,342.69 | $ 0.00 | $ 1,268.92 |
| 000005 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,TX 75374 | $ 2,968.23 | $ 0.00 | $ 1,607.75 |
| 000006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 5,223.84 | $ 0.00 | $ 2,829.51 |
| 000007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 2,735.07 | $ 0.00 | $ 1,481.46 |
| 000008 | Baxter Credit Union 400 North Lakeview Parkway Vernon Hills, IL 60061-1854 | $ 5,562.20 | $ 0.00 | $ 3,012.78 |
| 000009 | US Bank N.A. BANKRUPTCY DEPARTMENT P.O. Box 5229 Cincinnati, OH 45201-5229 | $ 2,541.29 | $ 0.00 | $ 1,376.50 |
| 000010 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 2,840.63 | $ 0.00 | $ 1,538.63 |

Total to be paid to timely general unsecured creditors    $        19,097.23

Remaining Balance    $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-15835-CAD
Stella Jamroz Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: adragonet      Page 1 of 3      Date Rcvd: Nov 29, 2011
                    Form ID: pdf006      Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2011.

```
db           +Stella Jamroz,    1217 S Old Wilkie Road, Apt 307,    Arlington Heights, IL 60005-2942
17130766     +Bank of America,    Attn: Bankruptcy NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
17130767     +Baxter Credit Union,    400 North Lakeview Parkway,    Vernon Hills, IL 60061-1854
17130768    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    PO Box 85520,    Richmond, VA 23285)
17130769    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,    Bankruptcy Dept.,    PO Box 5155,
              Norcross, GA 30091)
17537881      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
              Oklahoma City, OK  73124-8839
17580374     +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,TX 75374-0933
17130770     +Chase,    201 N Walnut St//Ste de1-1027,    Wilmington, DE 19801-2920
17130771     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
17582554      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17527666      FIA Card Services, N.A.,    Bank of America, N.A. (USA),    MBNA America Bank, N.A.,
              P.O. Box 15102,    Wilmington, DE 19886-5102
17130774     +Fifth Third Bank Chicago,    PO Box 630778,    Cincinnati, OH 45263-0778
17312935     +HSBC Bank Nevada, N.A.,    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
              Tucson, AZ 85712-1083
17130777     +Harris N.a.,    111 W Monroe St,    Chicago, IL 60603-4095
17130778     +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
17130780     +Hsbc Bank,    Attn: Bankruptcy,    PO Box 5213,    Carol Stream, IL 60197-5213
17130779     +Hsbc Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
17130781     +Hsbc/carsn,    PO Box 15521,    Wilmington, DE 19850-5521
17130784     +Provident Funding Assoc,    1235 N Dutton Ave,    Santa Rosa, CA 95401-4642
17760902    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank N.A.,    BANKRUPTCY DEPARTMENT,    P.O. Box 5229,
              Cincinnati, OH 45201-5229)
17130786    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank/na Nd,    101 5th St E Ste A,    Saint Paul, MN 55101)
17130785      Us Bank/na Nd,    Cb Disputes,    Saint Louis, MO 63166
17130787     +Wfnnb/valucityroomstod,    4590 E Broad St,    Columbus, OH 43213-1301
17130788     +Wfnnb/value city furn,    Attn: Bankruptcy,    PO Box 182686,    Columbus, OH 43218-2686
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17508180      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2011 04:54:34     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17130772     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2011 04:54:34     Discover Fin,    PO Box 6103,
              Carol Stream, IL 60197-6103
17130773     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2011 04:54:34     Discover Fin Svcs Llc,
              PO Box 15316,    Wilmington, DE 19850-5316
17806834      E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2011 04:55:19      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17130776     +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2011 04:55:19      Gemb/jcp,    Attn: Bankruptcy,
              PO Box 103104,    Roswell, GA 30076-9104
17130775     +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2011 04:55:19      Gemb/jcp,    PO Box 981402,
              El Paso, TX 79998-1402
17130782     +E-mail/PDF: cr-bankruptcy@kohls.com Nov 30 2011 04:55:15      Kohls,    Attn: Recovery Dept,
              PO Box 3120,    Milwaukee, WI 53201-3120
17130783     +E-mail/PDF: cr-bankruptcy@kohls.com Nov 30 2011 04:55:15      Kohls/chase,    PO Box 3115,
              Milwaukee, WI 53201-3115
17571544      E-mail/Text: bnc-alliance@quantum3group.com Nov 30 2011 04:08:05
              World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
              Kirkland, WA  98083-0788
                                                                                              TOTAL: 9
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17702174*     Baxter Credit Union,    400 North Lakeview Parkway,    Vernon Hills, IL 60061-1854
17130765    ##+Bank of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: adragonet            Page 2 of 3            Date Rcvd: Nov 29, 2011
                               Form ID: pdf006            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2011**                       **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet            Page 3 of 3                 Date Rcvd: Nov 29, 2011
                              Form ID: pdf006            Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2011 at the address(es) listed below:

        David   Melcer    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Phillip D Levey    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
        William   Murakowski    on behalf of Debtor Stella Jamroz caine93@live.com
        TOTAL: 4