**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAMROZ, STELLA | § | Case No. 11-15835 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 121,917.00<br>*(Without deducting any secured claims)* | Assets Exempt: 21,650.00 |
| Total Distributions to Claimants: 19,097.53 | Claims Discharged<br>Without Payment: 45,224.80 |
| Total Expenses of Administration: 4,928.25 | |

3) Total gross receipts of $ 24,025.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 24,025.78 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 141,969.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,928.25 | 4,928.25 | 4,928.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,065.00 | 35,257.33 | 35,257.33 | 19,097.53 |
| **TOTAL DISBURSEMENTS** | $ 171,034.00 | $ 40,185.58 | $ 40,185.58 | $ 24,025.78 |

4) This case was originally filed under chapter 7 on 04/13/2011 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/12/2012 By:/s/Phillip D. Levey

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Columbian Mutual Life Insurance Policy | 1129-000 | 24,025.02 |
| Post-Petition Interest Deposits | 1270-000 | 0.76 |
| TOTAL GROSS RECEIPTS | | $ 24,025.78 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baxter Credit Union 400 North Lakeview Parkway Vernon Hills, IL 60061 | | 12,616.00 | NA | NA | 0.00 |
| | Fifth Third Bank Chicago PO Box 630778 Cincinnati, OH 45263 | | 17,981.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Harris N.a. 111 W Monroe St Chicago, IL 60690 | | 20,517.00 | NA | NA | 0.00 |
| | Provident Funding Assoc 1235 N Dutton Ave Santa Rosa, CA 95401 | | 90,855.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 141,969.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| PHILLIP D. LEVEY | 2100-000 | NA | 3,152.58 | 3,152.58 | 3,152.58 |
| PHILLIP D. LEVEY | 2200-000 | NA | 20.67 | 20.67 | 20.67 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 1,755.00 | 1,755.00 | 1,755.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,928.25 | $ 4,928.25 | $ 4,928.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Po Box 1598 Norfolk, VA 23501 | | 3,249.00 | NA | NA | 0.00 |
| | Cap One PO Box 85520 Richmond, VA 23285 | | 2,544.00 | NA | NA | 0.00 |
| | Chase 201 N Walnut St//Ste de1-1027 Wilmington, DE 19801 | | 5,102.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 2,674.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc PO Box 15316 Wilmington, DE 19850 | | 4,499.00 | NA | NA | 0.00 |
| | Gemb/jcp PO Box 981402 El Paso, TX 79998 | | 2,771.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank PO Box 5253 Carol Stream, IL 60197 | | 1,005.00 | NA | NA | 0.00 |
| | Hsbc/carsn PO Box 15521 Wilmington, DE 19805 | | 267.00 | NA | NA | 0.00 |
| | Kohls/chase PO Box 3115 Milwaukee, WI 53201 | | 2,526.00 | NA | NA | 0.00 |
| | Us Bank/na Nd Cb Disputes Saint Louis, MO 63166 | | 2,446.00 | NA | NA | 0.00 |
| | Wfnnb/valucityroomstod 4590 E Broad St Columbus, OH 43213 | | 1,982.00 | NA | NA | 0.00 |
| 000008 | BAXTER CREDIT UNION | 7100-000 | NA | 5,562.20 | 5,562.20 | 3,012.83 |
| 000005 | CAPITAL ONE,N.A | 7100-000 | NA | 2,968.23 | 2,968.23 | 1,607.78 |
| 000010 | GE MONEY BANK | 7100-000 | NA | 2,840.63 | 2,840.63 | 1,538.66 |
| 000009 | US BANK N.A. | 7100-000 | NA | 2,541.29 | 2,541.29 | 1,376.52 |
| 000004 | WORLD FINANCIAL NETWORK NATIONAL BA | 7100-000 | NA | 2,342.69 | 2,342.69 | 1,268.94 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 2,689.87 | 2,689.87 | 1,457.00 |
| 000006 | CHASE BANK USA, N.A. | 7100-900 | NA | 5,223.84 | 5,223.84 | 2,829.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CHASE BANK USA, N.A. | 7100-900 | NA | 2,735.07 | 2,735.07 | 1,481.48 |
| 000001 | DISCOVER BANK | 7100-900 | NA | 4,706.88 | 4,706.88 | 2,549.53 |
| 000002 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 3,646.63 | 3,646.63 | 1,975.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 29,065.00 | $ 35,257.33 | $ 35,257.33 | $ 19,097.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 11-15835 CAD Judge: CAROL A. DOYLE
Case Name: JAMROZ, STELLA

For Period Ending: 11/27/11

Trustee Name: Phillip D. Levey
Date Filed (f) or Converted (c): 04/13/11 (f)
341(a) Meeting Date: 05/27/11
Claims Bar Date: 09/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1217 S Old Wilkie Road, Apt 307, Arlingt | 108,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Harris Savings Account | 800.00 | 0.00 | DA | 0.00 | FA |
| 3. Charter One Checking Account | 800.00 | 0.00 | DA | 0.00 | FA |
| 4. Used Household Goods | 450.00 | 0.00 | DA | 0.00 | FA |
| 5. Used Personal Clothes | 250.00 | 0.00 | DA | 0.00 | FA |
| 6. Columbian Mutual Life Insurance Policy | 0.00 | 24,025.02 | | 24,025.02 | FA |
| 7. 2010 Nissan Versa, | 11,617.00 | 2,650.00 | DA | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.42 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $121,917.00 | $26,675.02 | | $24,025.44 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / / Current Projected Date of Final Report (TFR): / /

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-15835 -CAD
Case Name: JAMROZ, STELLA

Taxpayer ID No: *******0896
For Period Ending: 04/12/12

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5944 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/18/11 | 6 | Columbian Financial Group | Life Insurance Cash Value Proceeds | 1129-000 | 24,025.02 | | 24,025.02 |
| 08/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 24,025.04 |
| 09/30/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,025.24 |
| 10/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,025.44 |
| 11/30/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,025.64 |
| 12/26/11 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 24,025.78 |
| 12/26/11 | | Transfer to Acct #*******5957 | Final Posting Transfer | 9999-000 | | 24,025.78 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 24,025.78 | 24,025.78 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 24,025.78 | |
| Subtotal | 24,025.78 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 24,025.78 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 24,025.78 | 24,025.78 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-15835 -CAD
Case Name: JAMROZ, STELLA

Taxpayer ID No: *******0896
For Period Ending: 04/12/12

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5957 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/26/11 | | Transfer from Acct #*******5944 | Transfer In From MMA Account | 9999-000 | 24,025.78 | | 24,025.78 |
| 12/28/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 3,152.58 | 20,873.20 |
| 12/28/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 20.67 | 20,852.53 |
| 12/28/11 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,755.00 | 19,097.53 |
| 12/28/11 | 000104 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 54.16603% | 7100-900 | | 2,549.53 | 16,548.00 |
| 12/28/11 | 000105 | FIA Card Services, N.A.<br>Bank of America, N.A. (USA)<br>MBNA America Bank, N.A.<br>P.O. Box 15102<br>Wilmington, DE 19886-5102 | Claim 000002, Payment 54.16618%<br>(2-1) Modified to correct<br>creditor's name. (Modified on 7/12/11) | 7100-900 | | 1,975.24 | 14,572.76 |
| 12/28/11 | 000106 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000003, Payment 54.16619% | 7100-900 | | 1,457.00 | 13,115.76 |
| 12/28/11 | 000107 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000004, Payment 54.16594%<br>(4-1) Unsecured Debt | 7100-000 | | 1,268.94 | 11,846.82 |
| 12/28/11 | 000108 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,TX 75374 | Claim 000005, Payment 54.16629% | 7100-000 | | 1,607.78 | 10,239.04 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 24,025.78 | 13,786.74 |

Ver: 16.06a

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-15835 -CAD
Case Name: JAMROZ, STELLA

Taxpayer ID No: *******0896
For Period Ending: 04/12/12

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5957 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/11 | 000109 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 54.16609% | 7100-900 | | 2,829.55 | 7,409.49 |
| 12/28/11 | 000110 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 54.16607% | 7100-900 | | 1,481.48 | 5,928.01 |
| 12/28/11 | 000111 | Baxter Credit Union<br>400 North Lakeview Parkway<br>Vernon Hills, IL 60061-1854 | Claim 000008, Payment 54.16616% | 7100-000 | | 3,012.83 | 2,915.18 |
| 12/28/11 | 000112 | US Bank N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Claim 000009, Payment 54.16619%<br>(9-1) money loaned | 7100-000 | | 1,376.52 | 1,538.66 |
| 12/28/11 | 000113 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000010, Payment 54.16615%<br>(10-1) JCPENNEY CREDIT SERVICES | 7100-000 | | 1,538.66 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 24,025.78 | 24,025.78 | 0.00 |
| Less: Bank Transfers/CD's | 24,025.78 | 0.00 | |
| Subtotal | 0.00 | 24,025.78 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 24,025.78 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********5944 | 24,025.78 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5957 | 0.00 | 24,025.78 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 24,025.78 | 24,025.78 | 0.00 |
| | ============== | ============== | ============== |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 10,239.04 |

Ver: 16.06a

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-15835 -CAD
Case Name: JAMROZ, STELLA

Taxpayer ID No: *******0896
For Period Ending: 04/12/12

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5957 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | Page Subtotals | | | 0.00 | 0.00 | |

Ver: 16.06a